**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3986-15T2

NNN 50 LAKE CENTER 0, LLC,
NNN 50 LAKE CENTER 1, LLC,
NNN 50 LAKE CENTER 2, LLC,
NNN 50 LAKE CENTER 3, LLC,
NNN 50 LAKE CENTER 4, LLC,
NNN 50 LAKE CENTER 5, LLC,
NNN 50 LAKE CENTER 6, LLC,
NNN 50 LAKE CENTER 7, LLC,
NNN 50 LAKE CENTER 8, LLC,
NNN 50 LAKE CENTER 9, LLC,
NNN 50 LAKE CENTER 10, LLC,
NNN 50 LAKE CENTER 11, LLC,
NNN 50 LAKE CENTER 12, LLC,
NNN 50 LAKE CENTER 13, LLC,
NNN 50 LAKE CENTER 14, LLC,
NNN 50 LAKE CENTER 15, LLC,
NNN 50 LAKE CENTER 16, LLC,
NNN 50 LAKE CENTER 17, LLC,
NNN 50 LAKE CENTER 19, LLC,
NNN 50 LAKE CENTER 20, LLC,
NNN 50 LAKE CENTER 21, LLC,
NNN 50 LAKE CENTER 22, LLC,
NNN 50 LAKE CENTER 23, LLC,
NNN 50 LAKE CENTER 25, LLC,
NNN 50 LAKE CENTER 26, LLC,

     Plaintiffs-Appellants,

v.

BERKADIA COMMERCIAL MORTGAGE,
LLC, CWCAPITAL ASSET
MANAGEMENT, LLC and U.S.
BANK NATIONAL ASSOCIATION,
as Trustee, Successor to
Wells Fargo Bank, N.A., as

Trustee for the Registered
Holders of CD2007-CD4,
Commercial Mortgage Pass-
Through Certificates,
Series 2007-CD4,

    Defendants-Respondents.

_____

Submitted September 27, 2017 - Decided October 5, 2017

Before Judges Alvarez, Nugent, and Geiger.

On appeal from Superior Court of New Jersey, Chancery Division, Burlington County, Docket No. C-0018-16.

Silverang, Donohoe, Rosenzweig & Haltzman, LLC, attorneys for appellants (Philip S. Rosenzweig and Mark S. Haltzman, on the briefs).

Capehart & Scatchard, PA, and Christopher R. Mellott (Venable, LLP) of the Maryland bar, admitted pro hac vice, attorneys for respondents; Mr. Mellott and William G. Wright, on the brief).

PER CURIAM

Prior to the date scheduled for oral argument, the parties advised us that this matter had been amicably resolved and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3986-15T2